UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN P. KELLY,<br><br>                    Plaintiff,<br><br>    vs.<br><br>BOONE KARLBERG P.C., a<br>Montana Professional<br>Corporation, and ZACH<br>FRANZ, in his Official<br>Capacity,<br><br>                    Defendant. | Case No. CV-22-174-M-DLC<br><br>JUDGMENT IN A CIVIL CASE |

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order of November 2, 2023 (Doc. 6) this action is DISMISSED.

Dated this 2nd day of November, 2023.

TYLER P. GILMAN, CLERK

By: /s/ Sarah Nagy
Sarah Nagy, Deputy Clerk